Form 202

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Wintis K. Gibson Jr.**
   Debtor(s)

Bankruptcy Case No.: 19–21834–GLT
Related Dkt. No. 27
Chapter: 13
Docket No.: 29 – 27
Concil. Conf.: November 7, 2019 at 01:30 PM

**ORDER SCHEDULING DATES FOR HEARING ON
AND OBJECTION TO AMENDED PLAN DATED 7/16/19**

    **IT IS HEREBY ORDERED** that the Debtor(s) shall *immediately* serve a copy of this order and the "Amended Chapter 13 Plan" on the Chapter 13 Trustee and all parties in interest and complete and file the enclosed Certificate of Service with the Clerk of the Bankruptcy Court.

    *On or before October 31, 2019,* all Objections must be filed and served on the Debtor, Chapter 13 Trustee, and any creditor whose claim is the subject of the Objection. *Objections which are not timely filed will not be considered.*

    *On November 7, 2019 at 01:30 PM,* a Conciliation Conference shall occur with the Chapter 13 Trustee on the Debtor's Amended Chapter 13 Plan at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: July 22, 2019

cm: Proponent of the Amended Plan

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-21834-GLT
Wintis K. Gibson, Jr.                                                     Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: hthu              Page 1 of 1              Date Rcvd: Jul 22, 2019
                              Form ID: 202            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2019.
db            +Wintis K. Gibson, Jr.,    4449 Whitebush Street,    Homestead, PA 15120-1220

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2019 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              Jodi L. Hause     on behalf of Creditor    FREEDOM MORTGAGE  CORPORATION
               jodi.hause@phelanhallinan.com,  pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski   on behalf of Debtor Wintis K. Gibson, Jr. atyrusb@choiceonemail.com
                                                                                             TOTAL: 6