**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Wintis K. Gibson Jr.**
   Debtor(s)

Bankruptcy Case No.: 19−21834−GLT
Related to Docket No. 50
Chapter: 13
Docket No.: 51 − 50
Concil. Conf.: January 21, 2021 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 30, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 14, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 21, 2021** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Case 19-21834-GLT    Doc 53    Filed 10/15/20    Entered 10/16/20 01:46:06    Desc Imaged
Certificate of Notice    Page 2 of 5

Dated: October 13, 2020

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                     Case No. 19-21834-GLT
Wintis K. Gibson, Jr.                                                                      Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                      User: hthu                      Page 1 of 2
Date Rcvd: Oct 13, 2020            Form ID: pdf900             Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wintis K. Gibson, Jr., 4449 Whitebush Street, Homestead, PA 15120-1220 |
| cr | + | City of Pittsburgh and City of Pittsburgh School D, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15055805 | + | AMEX/DSNB, 9111 DUKE BLVD., Mason, OH 45040-8999 |
| 15092461 | + | City of Pittsburgh & School Dist. of Pittsburgh, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15055809 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, MACYS/DSNB, PO BOX 8218, Mason, OH 45040 |
| 15055807 | + | FREEDOM MORTGAGE, PO BOX 619063, Dallas, TX 75261-9063 |
| 15045710 | + | Freedom Mortgage Corporation, c/o KML Law Group, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 15086108 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15055811 | + | SEVERIA HERRINGTON, 910 CLARENCE ROAD, Cleveland, OH 44121-1308 |
| 15055806 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, ELAN FINANCIAL SERVICE, PO BOX 790084, Saint Louis, MO 63179 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2020 03:27:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15055804 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 14 2020 03:12:00 | ALLY FINANCIAL, PO BOX 380901, Minneapolis, MN 55438-0901 |
| 15086297 | | Email/Text: ally@ebn.phinsolutions.com | Oct 14 2020 03:12:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15086453 | | Email/Text: bnc-quantum@quantum3group.com | Oct 14 2020 03:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15083295 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 14 2020 03:15:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15055810 | + | Email/PDF: pa_dc_claims@navient.com | Oct 14 2020 03:24:30 | NAVIENT, 123 S JUSTISON STREET, Wilmington, DE 19801-5363 |
| 15065829 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Oct 14 2020 03:12:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 |
| 15055812 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2020 03:24:29 | SYNCB/LOWES, PO BOX 965005, Orlando, FL 32896-5005 |
| 15077765 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2020 03:27:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15046660 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2020 03:27:38 | Synchrony Bank, c/o of PRA Receivables |

Case 19-21834-GLT    Doc 53    Filed 10/15/20    Entered 10/16/20 01:46:06    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: hthu | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 13, 2020 | Form ID: pdf900 | Total Noticed: 21 |

| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|---|
| 15080055 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 14 2020 03:26:36 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15055808 | *+ | Freedom Mortgage Corporation, c/o KML Law Group, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor City of Pittsburgh and City of Pittsburgh School District jhunt@grblaw.com cnoroski@grblaw.com |
| Jodi L. Hause | on behalf of Creditor FREEDOM MORTGAGE CORPORATION jodi.hause@phelanhallinan.com pawb@fedphe.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor Wintis K. Gibson Jr. Russ@BurdelskiLaw.com, russ.burdelski@gmail.com |

TOTAL: 8