**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| WINTIS K. GIBSON, JR. | Case No.:19-21834 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 05/03/2019  and confirmed on 06/21/2019 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,436.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,436.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,504.40 | |
|     Trustee Fee | 860.84 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,365.24 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FREEDOM MORTGAGE CORP<br>    Acct: 3772 | 0.00 | 9,730.54 | 0.00 | 9,730.54 |
| FREEDOM MORTGAGE CORP<br>    Acct: 3772 | 15,982.07 | 0.00 | 0.00 | 0.00 |
| ALLY BANK(*)<br>    Acct: 0047 | 3,023.33 | 3,023.33 | 1,316.89 | 4,340.22 |
| | | | | 14,070.76 |
| **Priority** | | | | |
| RUSSELL A. BURDELSKI<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WINTIS K. GIBSON, JR.<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW OFFICES OF RUSSELL A BURDELSKI<br>    Acct: | 3,000.00 | 2,504.40 | 0.00 | 0.00 |
| PITTSBURGH SD  & CITY OF PITTSBURGH<br>    Acct: 5102 | 3,289.00 | 0.00 | 0.00 | 0.00 |
| RUSSELL A. BURDELSKI<br>    Acct: | 1,550.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| | *** N O N E *** | | | | |
| Unsecured | | | | | |
| | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7481 | | | | |
| | ELAN FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3766 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 701.85 | 0.00 | 0.00 | 0.00 |
| | Acct: 0820 | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O ASCENDI | 77,420.87 | 0.00 | 0.00 | 0.00 |
| | Acct: 5102 | | | | |
| | SYNCHRONY BANK | 408.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 1696 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 791.47 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | DUQUESNE LIGHT COMPANY* | 501.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 0578 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1696 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMAS SONG ESQ FOR JODI L HAUSE E | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SEVERIA HERRINGTON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0047 | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | *** N O N E *** | | | | |

TOTAL PAID TO CREDITORS                                                                                                     14,070.76

TOTAL CLAIMED
PRIORITY             3,289.00
SECURED             19,005.40
UNSECURED           79,823.85

Date: 02/10/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com